IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Ming Hsu, | NO. C 06-07688 JW |
|       Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| VTEX Energy, Inc., | |
|       Defendant. | |

    The Court VACATES the case management conference currently scheduled for April 2, 2007. The Court will set a new conference date in its Order re: Defendant's Motion to Change Venue.

Dated: March 26, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David L. Cooper dcooper@bbslaw.com
Sharonrose Cannistraci sharonrose@cannistracilaw.com

**Dated:  March 26, 2007**                                   **Richard W. Wieking, Clerk**

                                                             **By:   /s/ JW Chambers            **
                                                                     **Elizabeth Garcia**
                                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California